Case No. 24-1754

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

YAPP USA AUTOMOTIVE SYSTEMS, INC.

    Plaintiff - Appellant

v.

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency; JENNIFER A. ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board; LAUREN M. MCFERRAN, in her official capacity as the Chairman of the National Labor Relations Board; MARVIN E. KAPLAN, in his official capacitiesas Board Members of the National Labor Relations Board; GWYNNE A. WILCOX, in her official capacities as Board Members of the National Labor Relations Board; DAVID M. PROUTY, in his official capacities as Board Members of the National Labor Relations Board; ARTHUR AMCHAN, in his official capacity as an Administrative Law Judge of the National Labor Relations Board

    Defendants - Appellees

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENTWORKERS OF AMERICA, LOCAL 174

    Intervenor


   Upon consideration of the motion of Whitney D. Hermandorfer to withdraw as counsel for the

Amicus Curiae,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.


                                       **ENTERED BY ORDER OF THE COURT**
                                       Kelly L. Stephens, Clerk

Issued: July 17, 2025